

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*c/o Office of Program Litigation, Office 2*
*Office of the General Counsel*
*Social Security Administration*
*6401 Security Boulevard*
*Baltimore, MD 21235*
*212-264-2438*
*candace.m.brown.casey@ssa.gov*

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/20/24

**VIA CM/ECF**

The Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Ortiz v. Commissioner of Social Security*
                1:24-cv-04258-VEC-JW

Dear Judge Caproni:

This Office represents the Commissioner of Social Security (Commissioner), the Defendant in this action. We write with regard to the Court's June 7, 2024 Order directing the parties to discuss whether they are willing to consent to conducting all further proceedings before the assigned Magistrate Judge. CM/ECF Docket No. 8. The Order further directs that the Commissioner is to respond to the Court "within two weeks of the date on which Defendant enters an appearance." *Id.*[1]

On June 11, 2024, the undersigned spoke to the *pro se* Plaintiff via telephone and asked if she would consent to conducting all proceedings before the Magistrate Judge, and if so, to sign and return the Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, which the undersigned sent to Plaintiff via United States Postal Service that same day. At the time of this letter, the undersigned has not received Plaintiff's response. We kindly defer to your discretion to extend the time to consider consent to proceeding before a Magistrate Judge in this case.

We thank the Court for its time. Please do not hesitate to contact the undersigned with any questions or concerns.

---

[1] The undersigned entered her appearance on June 5, 2024. CM/ECF Docket No. 5. However, June 19, 2024, was a legal holiday. *See* Local Civil Rule 6.4.

> The deadline by which the parties, if they elect to consent to conducting all further proceedings before the assigned Magistrate Judge, must file on ECF a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge is extended to **June 28, 2024**.
>
> SO ORDERED.      6/20/24
>
> *[signature: Valerie Caproni]*
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: <u>/s/ *Candace Brown Casey*</u>
    Candace Brown Casey
    Special Assistant United States Attorney
    Office of Program Litigation, Office 2
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Tel. (212) 264-2438
    candace.m.brown.casey@ssa.gov

    *Attorneys for Defendant*

cc:     Lorrain Ortiz
        383 East 143rd Street
        Apt. 11-D
        Bronx, NY 10454
        Pro Se Plaintiff (via USPS)