UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------
LORRIAN ORTIZ,

                      Plaintiff,        <u>ORDER</u>
                                         1:24-cv-04258-GRJ

     v.

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
------------------------------------------------------

    **WHEREAS**, Plaintiff Lorrian Ortiz commenced this case *pro se* on May 30, 2024, by filing a Complaint seeking judicial review of a decision of the Commissioner of Social Security (Docket No. 1); and

    **WHEREAS,** the parties consented to jurisdiction by a United States Magistrate Judge (Docket No. 13); and

    **WHEREAS,** the Commissioner filed a brief in opposition to Plaintiff's request for review on February 7, 2025 (Docket No. 20); and

    **WHEREAS,** Plaintiff's deadline to respond to the Commissioner's brief was February 21, 2025; and

    **WHEREAS,** Plaintiff has not filed a response to the Commissioner's brief; and

    **WHEREAS,** this case was referred to the undersigned on May 15, 2025; and

**WHEREAS,** the Court has given the matter due deliberation.

**NOW, THEREFORE,** it is hereby

**ORDERED,** that, in light of Plaintiff's *pro se* status, the Court extends her deadline to file a brief in response to the Commissioner's brief and in support of her request for review to June 27, 2025; and it is further

**ORDERED,** that the Commissioner may file a reply brief within fourteen (14) days of the filing of a brief by Plaintiff; and it is further

**ORDERED,** that Plaintiff may wish to contact the Legal Aid Society's access to benefits helpline at 888-663-6880; and it is further

**ORDERED,** that if Plaintiff does not file a brief on or before June 27, 2025, this case may be **DISMISSED** for failure to prosecute and/or this Court may consider the case fully briefed and issue a decision on the merits; and it is further

**ORDERED,** that the Clerk of Court is requested to transmit a copy of this Order to Plaintiff at the address indicated on the docket.

Dated: May 31, 2025

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge