**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

  LORRAIN O.,

                    Plaintiff,                    24 **CIVIL** 4258 (GRJ)

      -v-                                                    **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated June 28, 2025, that Plaintiff's request for review is DENIED, the Commissioner's denial of benefits is AFFIRMED, and the case is DISMISSED. Judgment in favor of the Commissioner and the case is closed.

**Dated:**  New York, New York

      June 30, 2025

                                                                 **TAMMI M. HELLWIG**
                                                                    **Clerk of Court**

                            **BY:**

                                                                   **Deputy Clerk**